UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                                 Case No:    06-57607
KEVIN W THOMPSON
BRENDA K THOMPSON                  Judge:       John E. Hoffman Jr.
18078 STATE RT 161
PLAIN CITY, OH 43064

SSN(S):     XXX-XX-3140
                XXX-XX-3902

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated: February 24, 2010                /s/ Frank M. Pees
                                                                    Frank M. Pees
                                                                    Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| FIRST AMERICAN CREDIT SOLUTION<br>PO BOX 1770<br>POWELL, OH 43065 | 1.54 |