**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

KEVIN W THOMPSON
BRENDA K THOMPSON
18078 STATE RT 161
PLAIN CITY, OH  43064

Case No:     06-57607

Judge:       John E. Hoffman Jr.

SSN(S):     XXX-XX-3140
            XXX-XX-3902

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   February 24, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
| --- | --- |
| AFNI/VERIZON<br>404 BROCK DR<br>BLOOMINGTON, IL  61701 | 6.47 |